2011 JAN 11 AM 11: 36

David L. Miller, Bar No. 3736  
Chapter 7 Trustee  
PO Box 9  
Farmington, UT 84025-0009  
Telephone: (801) 447-8777  
Facsimile: (801) 447-8834  
E-mail: davidlmillerpc@msn.com  
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| RIVERS, REBECCA, | Bankruptcy No. 09-32225 (Chapter 7) |
| Debtor(s) | Judge Joel T. Marker |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Living Scriptures<br>3625 Harrison Blvd.<br>Ogden, UT 84403 | $2.77 |

A check in the amount of $2.77 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: January 10, 2011

DAVID L. MILLER  
Chapter 7 Trustee